CHARLES W. COOKE, Respondent, v. THE LALANCE GROSJEAN MANUFACTURING COMPANY, Appellant.

(Argued April 16, 1885; decided June 2, 1885.)

DECIDED on authority of *Hickey* v. *Taaffe* (*ante*, p. 204).

*Samuel D. Morris* for appellant.

*Charles J. Patterson* for respondent.

DANFORTH, J., reads for reversal and new trial.
All concur.
Judgment reversed.

---

MARTIN T. McMAHON, as Receiver OF Taxes, etc., Respondent, v. ISAAC S. PLATT, Appellant.

(Argued April 29, 1885; decided June 2, 1885.)

*Wm. J. A. McGrath* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SUSAN E. G. BALCOM, Executrix, etc., Appellant, v. THE STATE OF NEW YORK, Respondent.

(Argued April 30, 1885; decided June 2, 1885.)

*Samuel Hand* for appellant.

*Denis O'Brien, Attorney-General,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.